JAMES NUGENT and EMMA NUGENT, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24000.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THERON J. MAIN, as Executor, etc., of LOUISE MAIN, Deceased, Respondent, v. THE PREFERRED MUTUAL FIRE INSURANCE COMPANY OF CHENANGO COUNTY and NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action under two fire insurance policies. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ALWIN PAULI, as Administrator, etc., of ESTHER M. PAULI, Deceased, Respondent, v. KENNETH CARNCROSS, Appellant, and Others, Defendants; and Three Other Consolidated Actions.— Judgment and order in so far as it relates to the claim of the plaintiff as administrator of the estate of Esther M. Pauli, deceased, reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is affirmed, and judgment and order otherwise affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE UNION CENTRAL LIFE INSURANCE COMPANY, Respondent, v. SARA V. MURPHY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to cancel five life insurance policies. The order denies defendant's motion for a jury trial of issues of fact.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN G. DEARBORN, Appellant.— Judgments of conviction affirmed. All concur. (The one judgment convicts defendant of the crime of burglary, first degree, and robbery, first degree, and the other of the crime of burglary, third degree, and grand larceny, second degree.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

PATSY DOMENICO and Others, in Behalf of Themselves and Others Similarly Situated, Appellants, v. MIKE GAISER and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an injunction action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE MOODY, Appellant, v. WILLIAM HUNT, as Warden of Attica Prison, Respondent.— Order affirmed, without costs. All concur.. (The order dismisses the writ of habeas corpus and remands relator to the custody of the warden.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE RALPH KLONICK CORPORATION, Respondent, v. JAMES M. CARTER, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., not voting. (The judgment is for plaintiff in an action to recover real estate commissions. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.